# United States District Court
## Violation Notice

| CVB Location Code | |
|---|---|
| MD39 | |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7408604 | Harvey | 1396 |

7408604

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 9/25/18 11:11 | MVL13-411 |

Place of Offense: NIH 10H

Offense Description: Factual Basis for Charge     HAZMAT ☐

Display expired plates (07/18)

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Gautam | Sudeep | |

| Tag No. | State | Make/Model | PASS | Color |
|---|---|---|---|---|
| 8CH2093 | MD | Hyundai | | RED |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 70.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 100.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)     Original - CVB Copy

CVB SCAN 10/16/2018 15:44

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
                Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
                Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident