# United States District Court
## Violation Notice

CVB Location Code: **MD39**

Violation Number: **7408603**
Officer Name (Print): **Harvey**
Officer No.: **1396**

**7408603**

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: **11:11 9/25/18**
Offense Charged: ☑ CFR ☐ USC ☐ State Code: **45 Sec 3.23a1**

Place of Offense: **NIH 10H**

Offense Description; Factual Basis for Charge: HAZMAT ☐
**Parked in area Unauthorized Undesignated for Parking**

### DEFENDANT INFORMATION

Last Name: **Gautam**
First Name: **Sudeep**
M.I.:

Tag No.: **8CH2093**
State: **MD**
Year: **#7**
Make/Model: **Hyundai**
PASS:
Color: **RED**

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ **40.00** Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ **70.00** Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/16/2018 15:44
CVB SCAN 10/16/2018 15:44