IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

UNITED STATES OF AMERICA

v.

SUDEEP GAUTAM
Defendant

Citation No(s): 740 8603
740 8604

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEC 1 2 2018

BY _____ DEPUTY

Docket No: MD 39

18po7817

**PLEA AGREEMENT**

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| PARKED IN AREA NOT DESIGNATED FOR PARKING | — | 0 | 5 | 30 |
| DISPLAYING EXPIRED REGISTRATION PLATES | — | 15 | 5 | 30 |

TOTAL DUE: $ 85.—

(Section to be completed by court personnel)

Payment is due in full within ~~seven~~ 30 days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☐ Central Violations Bureau, P.O. BOX 71363, Philadelphia, PA 19176-1363
(or you may pay online at www.cvb.uscourts.gov)
☐ Clerk, U.S. District Court, 101 W. Lombard Street, Baltimore, MD 21201

☐ Waive Initial Appearance
☒ Continue for Payment — 30 DAYS
☐ Set for Trial
☐ Dismissed by the Government

☐ Continue to Obtain License
☐ Continue to Retain Attorney
☐ New Court Date: _____
at: _____ a.m.

COMMENTS: PLEA TO REDUCED FINES, 30 DAYS TO MAKE PAYMENT

X _____
Defendant's Signature

_____
Assistant U.S. Attorney

12·12·18
Date

_____
Attorney for Defendant

Original – Court    Yellow – Defendant    Pink – AUSA

Plea Agreement (01/2013) Triple